IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ANTONIO DIONYSUS HUEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 3:13-cv-00747 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| AT&T CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### O R D E R

The Court has been advised, pursuant to the Magistrate Judge's Order (Docket Entry No. 78), that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the 18 day of December, 2014.

WILLIAM J. HAYNES, JR.
Senior United States District Judge